UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-4071-CAS (RZx) | Date | March 20, 2009 |
|---|---|---|---|
| Title | *HAMID SHAHMOHAMMADI a.k.a. HAMID REZA  v. SHAHRAM SHAKOURI* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

WHEREAS, on November 17, 2008, the Court struck defendant's answer.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **April 7, 2009** why this action should not be dismissed for lack of prosecution **as to defendant SHAHRAM SHAKOURI.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)     Plaintiff's request for entry of default on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |